JOSHUA D. WAYSER (California Bar No. 152711)
joshua.wayser@kattenlaw.com
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4400; Facsimile: (310) 788-4471
Local Counsel for Plaintiffs

DAVID J. RUSSELL
drussell@kellerrohrback.com
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900; Fax: (206) 623-3384
Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CONNEX TELECOM, INC., a
California corporation; CSR
MANAGEMENT, a California sole
proprietorship; DAKOTA
PAYPHONE, LLC, a North Dakota
limited liability company; DT LLC, a
California limited liability company;
HARO & STEWART, LLC, a
California limited liability company;
LAKE COUNTRY
COMMUNICATIONS, INC., a
Minnesota corporation; LITTLEJOHN
COMMUNICATIONS, INC., a
California corporation; PAY PHONES
NORTH, INC., a California
corporation; PUBLIC PAY PHONE,
INC., a California corporation;
SOUTHERN PACIFIC
COMMUNICATIONS, INC., a

No. CV10-00517 SJO (ANx)

STIPULATION FOR DISMISSAL
WITH PREJUDICE

STIPULATION FOR DISMISSAL WITH PREJUDICE - 1

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

C:\USERS\MHURD\APPDATA\LOCAL\MICROSOFT\WINDOWS\TEMPORARY INTERNET FILES\CONTENT.OUTLOOK\NST3LPTT\STIPULATION DISMISSAL.DOC

| | |
|---|---|
| 1 | California corporation; SOUTHERN      ) |
| 2 | PACIFIC PAYPHONE, INC., a             ) |
|   | California corporation; STARS AND     ) |
| 3 | STRIPES COMMUNICATION                 ) |
| 4 | CORPORATION, a California             ) |
|   | corporation; TELECOM                  ) |
| 5 | MANAGEMENT SERVICE, INC., a           ) |
| 6 | California corporation; and THE       ) |
|   | PHONE PEOPLE, INC., a California      ) |
| 7 | corporation,                          ) |
| 8 |                                       ) |
| 9 |                 Plaintiffs,           ) |
|   |                                       ) |
| 10 | v.                                   ) |
| 11 |                                       ) |
|   | INTERMETRO COMMUNICATIONS            ) |
| 12 | INC., a California corporation, and  ) |
| 13 | UNIDENTIFIED COMPANIES I             ) |
|   | THROUGH X,                            ) |
| 14 |                 Defendants.          ) |
| 15 |                                       ) |
| 16 | ─────────────────────────────────── ) |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the claims filed by Plaintiffs CONNEX TELECOM, INC., CSR MANAGEMENT, DAKOTA PAYPHONE, LLC, DT, LLC, GCB CMMUNICATIONS, INC., HARO & STEWART, LLC, LAKE COUNTRY COMMUNICATIONS, INC., LITTLEJOHN COMMUNICATIONS, INC., PAY PHONES NORTH, PUBLIC PAY PHONE, INC., SOUTHERN PACIFIC COMMUNICATIONS, INC., SOUTHERN PACIFIC PAYPHONE, INC., STARS AND STRIPES COMMUICATION COPRPORATION, TELECOM MANAGEMENT SERVICES, INC., and THE PHONE PEOPLE, INC. against Defendant INTERMETRO COMMUNICATIONS, INC. be, and

STIPULATION FOR DISMISSAL WITH PREJUDICE - 2

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

C:\USERS\MHURD\APPDATA\LOCAL\MICROSOFT\WINDOWS\TEMPORARY INTERNET FILES\CONTENT.OUTLOOK\NST1P5YL\STIPULATION DISMISSAL.DOC

hereby are, dismissed with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. As to these claims, each side is to bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

DATED this 28th day of December, 2010.

KELLER ROHRBACK, L.L.P.

By _____
David J. Russell, pro hac vice
Attorneys for Plaintiffs

TIEDT & HURD

By _____
Marc S. Hurd
Attorneys for Defendant

STIPULATION FOR DISMISSAL WITH PREJUDICE - 3

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

C:\USERS\MHURD\APPDATA\LOCAL\MICROSOFT\WINDOWS\TEMPORARY INTERNET FILES\CONTENT.OUTLOOK\FJI7JEGH\STIPULATION DISMISSAL.DOC